# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MUSKOGEE REGIONAL MEDICAL CENTER, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:09-CV-02231-KHV ) |
| SCOTT E. PACE and PACE MEDICAL APPLICATIONS, LLC, | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE
## AND MOTION FOR EXTENSION OF TIME

Plaintiff Muskogee Regional Medical Center, LLC ("Plaintiff") respectfully submits its response to this Court's September 16, 2009, Notice and Order to Show Cause (Doc. # 11) and moves the Court for a seven (7) day extension of time to attempt to negotiate a settlement with the defendants, who have been in contact with the plaintiff's attorneys through counsel. In support of the requested extension, and in response to the order to show cause, Plaintiff states as follows:

1. Plaintiff filed its Complaint on May 1, 2009 (Doc. # 1) for trademark infringement, violation of the Anti-Cybersquatting Consumer Protection Act, false advertising and unfair competition related to the defendants' posting of a false and disparaging website, www.muskogee-health.com. The infringing content has since been removed from the website, although issues concerning ownership of the domain name, as well as damages, remain.

2. The identities of the defendant(s) were unknown at the time of filing of the Complaint. Consequently, Plainitff filed an *Ex Parte* Application for Leave to

    Take Immediate Discovery on May 5, 2009 (Doc. # 5) in an effort to learn the identity of the infringing party. The Court granted the Application on May 8, 2009 (Doc. # 6).

3. Plaintiff served a subpoena upon Abacus America, the registrar of the infringing website, seeking disclosure of the identity of the site's registrant. Abacus America responded to the subpoena on May 27, 2009, providing the identity of the owner of the infringing website.

4. Plaintiff filed an Amended Complaint on June 22, 2009, substituting Does 1-4 with Scott E. Pace and Pace Medical Applications, LLC (Doc. # 8). Even with the information produced by Abacus America, attempts to serve the Amended Complaint were not immediately successful and a substantial investigative effort was required to locate and serve the defendants. The newly identified defendants were finally were served on August 12, 2009.

5. The answer to the Amended Complaint was due on September 1, 2009.

6. Late in the day on September 1, 2009, Ms. Joan Archer, counsel for Muskogee, received a voice mail message from a woman identifying herself as Dr. Pace's wife. Mrs. Pace requested an extension of time to answer the amended complaint and indicated that she and her husband had contacted an attorney in Kansas City, Cheryl Burbach.

7. Ms. Archer conferred with her client concerning the requested extension and was prepared to agree to extend the answer deadline by ten (10) days from the original answer deadline when, on September 4, 2009, she received a telephone call from another attorney, Chris Sherman, who indicated that he may be representing the

        defendants.  He also discussed the extension of time and possible settlement of the dispute.  Ms. Archer advised him that her client had authorized the ten (10) day extension and Mr. Sherman said he would pass this information on to the defendants.

8. Ms. Archer heard nothing further from Mr. Sherman,  Instead, she next received a message on or about September 10, 2009 from Ms. Burbach indicating that she was representing the defendants and requesting that a copy of a settlement demand previously sent to Dr. Pace be forwarded to her so she could confer with her client.  Ms. Burbach indicated that Dr. Pace was willing to try to resolve this matter through settlement.  Additional communications transpired earlier this week between counsel for the plaintiff and Ms. Burbach concerning settlement and this Order to Show Cause.

9. Yesterday, September 24, 2009, Ms. Burbach indicated to Ms. Archer that she had been having difficulty reaching her client to discuss settlement, but she was interested in having the plaintiff seek to extend the Show Cause response deadline in the hopes that an settlement might be reached.

10. The morning of September 25, 2009,  Ms. Burbach again called Ms. Archer, but this time informed her that she had spoken with Dr. Pace and that she did not, in fact, represent the defendants.

11. At approximately 3:15 p.m. the afternoon of September 25, 2009, Ms. Archer received a telephone call from yet another attorney, Art Shaffer, who said he now represents Dr. Pace.  Among other things, Mr. Shaffer also indicated that the defendants are willing to discuss settlement.

12. Thus, between service of the Amended Complaint on the defendants and today, plaintiff's counsel has communicated with numerous attorneys who have said that represent or believed they would be representing the defendants. Each indicated that the defendants desired to settle this matter. Consequently, the plaintiff has proceeded in good faith in an attempt to negotiate and agreed-upon resolution of the dispute on the basis of said representations. Also, given the overtures by the various attorneys on behalf of the defendants, Plaintiff is reluctant to move for entry of default at this time.

13. Plaintiff respectfully requests the Court grant it an additional seven (7) days within which to more fully respond to the Order to Show Cause so the parties may attempt to negotiate a full settlement of all matters in dispute. Upon the expiration of the seven (7) day extension, plaintiff's counsel will provide a status update to the Court.

14. The requested extension is not for the purpose of delay, but is simply an attempt to reach a cost-effective resolution of the case with minimal involvement of the Court's time.

15. No prior extensions of this deadline have been requested.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant it an extension of time of seven (7) days time to more fully respond to the Court's Order to Show Cause.

                    Respectfully submitted,

                    LATHROP & GAGE LLP

                    s/Joan K. Archer
                    Robert O. Lesley       KS # 11545
                    Email: rlesley@lathropgage.com
                    Joan K. Archer        KS # 15543
                    Email: jarcher@lathropgage.com
                    2345 Grand Boulevard, Suite 2200
                    Kansas City, Missouri 64108-2684
                    Telephone:  (816) 292-2000
                    Telecopier:  (816) 292-2001

                    *Attorneys for Plaintiff*
                    *Muskogee Regional Medical Center, LLC*

Of Counsel:

Richard G. Sanders, Jr.
rick.sanders@wallerlaw.com
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone:  (615) 850-8013
Telecopier:  (615) 244-6804

CC 2144052v1

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 25th day of September, 2009, a true and accuracte copy of the above and foregoing was been served upon defendant via first class mail, postage prepaid, addressed as follows:

Scott Pace
Pace Medical Applications, Inc.
1202 W. Cherokee
Wagoner, OK 74467

                                                s/ Joan K. Archer

CC 2144052v1